UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1712
(4:19-cv-001182-JD)
_____

RALPH JOHN "TREY" FALLOWS, III

    Plaintiff - Appellant

v.

COASTAL CAROLINA UNIVERSITY; MICHELYN PYLILO, individually; TRAVIS E. OVERTON, individually

    Defendants - Appellees

_____

O R D E R
_____

The court suspends the briefing schedule pending further order of the court.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk