# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## STATUS REPORT

No.   23-1712,     <u>Ralph Fallows, III v. Coastal Carolina University</u>
                   4:19-cv-001182-JD

Pursuant to the Notice issued on July 21, 2023, Plaintiff-Appellant writes to inform the Court that the district court proceedings remain unresolved, thus preventing the appeal from proceeding at this time.

**RESPECTFULLY SUBMITTED:**

**THE BRITTAIN LAW FIRM, P.A.**

 /s/*A. Preston Brittain*
Thomas C. Brittain, Esquire (Fed ID #04920)
A. Preston Brittain, Esquire (Fed ID # 10408)
Mary Madison B. Langway, Esquire (Fed. ID # 10684)
4614 Oleander Drive
Myrtle Beach, SC 29577
843-449-8562
843-497-6124 (fax)
tommyb@brittainlawfirm.com
prestnon@brittainlawfirm.com
marymadison@brittainlawfirm.com

*-and-*

**WARSHAW BURSTEIN, LLP**
By: /s/*Kimberly C. Lau*
Kimberly C. Lau
James E. Figliozzi
575 Lexington Avenue
New York, New York 10022
(212) 984-7709
klau@wbny.com
jfigliozzi@wbny.com

*Attorneys for Plaintiff-Appellant*