# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## STATUS REPORT

No.  23-1712,      Ralph Fallows, III v. Coastal Carolina University
                   4:19-cv-001182-JD

Pursuant to the Notice issued on July 21, 2023, Plaintiff-Appellant writes to inform the Court that the district court proceedings remain unresolved, thus preventing the appeal from proceeding at this time.

**RESPECTFULLY SUBMITTED:**

**THE BRITTAIN LAW FIRM, P.A.**

/s/*A. Preston Brittain*
Thomas C. Brittain, Esquire (Fed ID #04920)
A. Preston Brittain, Esquire (Fed ID # 10408)
Mary Madison B. Langway, Esquire (Fed. ID # 10684)
4614 Oleander Drive
Myrtle Beach, SC 29577
843-449-8562
843-497-6124 (fax)
tommyb@brittainlawfirm.com
prestnon@brittainlawfirm.com
marymadison@brittainlawfirm.com

*-and-*

**OFFIT KURMAN, P.A.**
By: /s/*Kimberly C. Lau*
Kimberly C. Lau
James E. Figliozzi
590 Madison Avenue, 6th Floor
New York, New York 10022
212-545-1900
kimberly.lau@offitkurman.com
james.figliozzi@offitkurman.com

*Attorneys for Plaintiff-Appellant*

{1735761.1 }